STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JUAN RIVERA APONTE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Joseph Tuso* for the respondent.

March 26, 1969. Denied.

FARMINGDALE REALTY CO., PLAINTIFF-PETITIONER, v. BOROUGH OF FARMINGDALE, DEFENDANT-RESPONDENT.

See same case below: 104 *N. J. Super.* 314.

*Messrs. Parsons, Canzona, Blair & Warren* and *Mr. William G. Bassler* for the petitioner.

*Messrs. Saling, Boglioli & Moore* and *Mr. John W. O'Mara* for the respondent.

March 26, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NATHANIEL U. DAVIS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

March 26, 1969. Denied.